171 A.3d 610

**HACKNEY, Thoyt**

v.

**STATE of Maryland**

**Pet. Docket No. 264, Sept. Term, 2017**

Court of Appeals of Maryland.

October 10, 2017

Opinion of the Court of Special Appeals unreported (No. 2513, Sept. Term, 2015).

Petition for writ of certiorari granted and conditional cross-petition denied. Transferred to the regular docket as No. 53, Sept. Term, 2017.

171 A.3d 610

**STATE of Maryland**

v.

**PHILLIPS, Bashunn Christopher**

**Pet. Docket No. 236, Sept. Term, 2017**

Court of Appeals of Maryland.

October 10, 2017

Reported below: 233 Md.App. 184, 163 A.3d 230.

Petition for writ of certiorari granted. Transferred to the regular docket as No. 49, Sept. Term, 2017.